IN THE UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

RECOVERY INDUSTRIES, INC.        CASE NO.: 14-00280

    **Debtor.**

## OFFER TO PURCHASE LOT

Comes now THOMAS R. SCHLINKERT, a creditor herein, by and through his attorney, Marion E. Wynne, Jr., and files this OFFER TO PURCHASE Debtor's 75' lot on Osprey Drive, Elberta, Alabama, aka 8267 Osprey Drive, Elberta, Alabama, and in support of this Offer, avers as follows:

1. Debtor filed a Motion to Approve Sale of Real Property (the lot described above) on February 21, 2014 (Doc. 74).

2. A creditor, George Braswell, objected to the sale (Doc. 89).

3. The Motion to Sell and the Objection are set for hearing on April 29, 2014.

4. Thomas R. Schlinkert hereby offers to purchase the above described lot for $125,000 on the same terms as those offered by Mish, LLC.

WHEREFORE, Thomas R. Schlinkert prays that after due proceedings are held, the Court will deny Debtor's Motions to Sell the subject properties and approve the sale to Schlinkert.

    Respectfully submitted,

    WILKINS, BANKESTER, BILES & WYNNE

    By: */s/ Marion E. Wynne, Jr.*
        MARION E. WYNNE, JR.
        Attorney for George Braswell
        P.O. Box 1367
        Fairhope, Alabama 36533

251-928-1915
twynne@wbbwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2014, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties to this proceeding or serve a copy by U.S. Mail.

*/s/ Marion E. Wynne, Jr.*
MARION E. WYNNE, JR.